**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DAVID E. MACK** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:11-CV-830** |
| | § | |
| **BRONSON & MIGLIACCIO, LLP** | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT'S ORIGINAL ANSWER

COMES NOW Cawley & Bergmann, LLP, formerly known Bronson & Migliaccio, LLP, Defendant in the above styled and numbered cause and files this its Original Answer and respectfully says as follow:

1.      Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.      Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.      Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.      Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5.      Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6.      Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7.     Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8.     Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9.     Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10.     Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 10 of Plaintiff's Complaint.

11.     Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 11 of Plaintiff's Complaint.

12.     Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint.

13.     Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14.     Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15.     Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16.     Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17.     Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18.     Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 18 of Plaintiff's Complaint..

19.     Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 19 of Plaintiff's Complaint

20.     Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations contained in Paragraph 20 of Plaintiff's Complaint

WHEREFORE, Defendant request that it have judgment of the court that Plaintiff take nothing by this suit and that Defendant be granted its costs of this action and such other and further relief to which it may be justly or equitably entitled.

Respectfully submitted,

**HELMS & GREENE, LLC**

 /s/Foster Reese III
**FOSTER REESE III**
State Bar No. 16715300
1700 Pacific, Suite 3740
Dallas, Texas 75201
Telephone:      (469) 893-1870
Facsimile:      (469) 893-1876

**ATTORNEY FOR DEFENDANT BRONSON & MIGLIACCIO, LLC**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on this 11th day of January, 2011, the foregoing Defendant's Original Answer was served by First Class U.S. Mail to the following attorneys of record:

**David E Mack**
7720 McCallum Blvd No 2209
Dallas, TX 75252

/s/Foster Reese III