

CASE NO:32-SC-11-00147

| | | |
|---|---|---|
| HOWARD E JOHNSON<br>*Plaintiff*<br>VS | § | IN THE JUSTICE/<br>SMALL CLAIMS COURT |
| | § | PRECINCT 3, PLACE 2 |
| WALMART<br>*Defendant* | § | COLLIN COUNTY, TEXAS |

### ORDER ON MOTION FOR CONTINUANCE

On the 18th day of January, 2012 came on to be heard a *Motion for Continuance*, filed by PLAINTIFF/DEFENDANT. The Court, after reviewing the pleadings and evidence of the PLAINTIFF/DEFENDANT is of the opinion that the motion should be, and herein is GRANTED/DENIED.

It is, therefore ORDERED that the *Motion for Continuance* filed by the PLAINTIFF/DEFENDANT, herein is GRANTED/DENIED.

IT IS SO ORDERED.

Signed this 18th day of January, 2012

_____
Judge John E. Payton
Justice Court 3-2
Collin County, Texas