IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:11-CV-830 |
| BRONSON & MIGLIACCIO, LLP | § § § | |
| Defendant. | § | |

## MOTION FOR ORDER OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Plaintiff David E. Mack, and moves this Court for an Order dismissing this case with prejudice as to Defendant BRONSON & MIGLIACCIO, LLP and in support thereof shows:

I.

Plaintiff and Defendant herein have reached a full and final settlement of all claims in this case, thus Plaintiff no longer desires to pursue the lawsuit against Defendant.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Court enter an Order dismissing this lawsuit with prejudice as to Defendant with court costs being taxed against the party incurring same.

Respectfully submitted,

_____
DAVID E. MACK
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642

Motion and Order to Dismiss
A980.0154

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading was served on Defendant's counsel of record by facsimile, on this 3rd day of May, 2012.

*Via Facsimile 469-893-1876*
Foster Reese, III.
Helms & Greene, LLC
1700 Pacific Ave. Suite 3740
Dallas, TX 75201

_____
DAVID E. MACK